DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORENCIA SALDANA,**
Appellant,

v.

**AMERICAN ENGINEERING & DEVELOPMENT CORPORATION,**
Appellee.

No. 4D21-32

[November 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502018CA008691XXXXMB.

W. Aaron Daniel, Elliot B. Kula, and William D. Mueller of Kula & Associates, P.A., Miami, and Joseph J. Rinaldi, Jr., David W. Brill, and Zackary D. Slankard of Brill & Rinaldi, The Law Firm, Weston, for appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***